UNITED STATES DISTRIT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 16-20950-CIV-WILLIAMS

DANILO JOVANOVIC,

Plaintiff,

vs.

IL GABBIANO MIAMI, LLC,
and GINO MASCI, individually,

Defendants.
_______________________________/

**JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE**

Plaintiff, DANILO JOVANOVIC and Defendants, IL GABBIANO MIAMI, LLC, a Florida limited liability company, and GINO MASCI, individually, by and through their respective undersigned attorneys, pursuant to the Court's Order of May, 11, 2016 (DE#15), file their Joint Motion to Approve Settlement and for Dismissal with Prejudice and state as follows:

1. The Parties have reached settlement in the instant matter. Pursuant to Lynn's Food Stores, Inc v United States, 679 F. 2d 1350 (11 Cir. 1982), employment and wages claims arising under the Fair Labor Standards Act may be settled or compromised only with the approval of the Court or Secretary of Labor. Accordingly, the Parties respectfully request that the Court review and approve the attached copy of the Settlement Agreement.
2. A copy of the Parties' Settlement Agreement is attached as Exhibit 1.

3. Plaintiff brought this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq. (FLSA), claiming unpaid wages and overtime.
4. Defendants have denied all allegations of the Complaint regarding unpaid wages, overtime and violation of the FLSA, and enter into settlement of this case solely to avoid the expense and cost of future litigation.
5. Based on their bona fide dispute pursuant to the FLSA, the Parties have agreed to compromise by entering into their settlement agreement, with each Party to bear their/its own attorneys' fees and costs, and requesting the Court to enter a Final Order of Dismissal with Prejudice with the Court retaining jurisdiction to enforce the Parties' settlement agreement.
6. A proposed Final Order of Dismissal with Prejudice is attached as Exhibit 2.

WHEREFORE, Plaintiff Danilo Jovanovic and Defendants Il Gabbiano Miami, LLC and Gino Masci, respectfully request this Court to determine that the Parties' settlement agreement is a fair and reasonable resolution of their bona fide FLSA dispute, approve the Parties' settlement agreement and issue a Final Order of Dismissal with Prejudice, in which the Court retains jurisdiction to enforce the Parties' settlement.

Respectfully submitted,

/s/ Peter Bober
Peter Bober, Esquire
Florida Bar No. 122955
Bober & Bober, P.A.
Attorney for Plaintiff
1920 Tyler Street
Hollywood, Florida 33020
Telephone (954) 922-2298
Facsimile (954) 922-5455
E-Mail:peter@boberlaw.com

/s/ Robert D. Soloff
Robert D. Soloff, Esquire
Florida Bar No. 464732
Robert D. Soloff, P.A.
Attorney for Defendants
7805 S.W. 6th Court
Plantation, FL 33324
Telephone: (954) 472-0002
Facsimile: (954) 472-0052
E-Mail:robert@solofflaw.com



Dated: June 2, 2016